■ In the Matter of JESSICA B., Appellant, v NARONE G., Respondent. (Proceeding No. 1.) In the Matter of NARONE G., Respondent, v JESSICA B., Appellant. (Proceeding No. 2.) [20 NYS3d 914]—Appeal from an order of the Family Court, Queens County (Fran L. Lubow, J.), dated December 24, 2014. The order denied the mother's objections to two orders of that court (Michael J. Fondacaro, S.M.), both dated April 1, 2014.

Ordered that the order dated December 24, 2014, is affirmed, without costs or disbursements.

By order dated April 1, 2014, after a hearing, the Family Court granted the petition of Narone G. pursuant to Family Court Act § 516-a to vacate an acknowledgment of paternity. By separate order of that court, also dated April 1, 2014, the court dismissed the mother's petition pursuant to Family Court Act article 4 for child support. In the order appealed from, dated December 24, 2014, the Family Court denied the mother's objections to the two orders dated April 1, 2014.

Under the particular circumstances of this case, the Family Court properly determined that the Support Magistrate's findings, made after a hearing, were supported by the record. Balkin, J.P., Dickerson, Duffy and LaSalle, JJ., concur.